UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AQUA FISHERIES LIMITED, :
Plaintiff, :
v. :
GREAT NORTHERN PRODUCTS, LTD., :
Defendant. :

CA 06 306 ML

C.A. No. 06-_____

**COMPLAINT**

1. The Plaintiff is a corporation duly incorporated under the laws of the Province of Newfoundland and Labrador, Canada, with its registered office in Aquaforte, Province of Newfoundland and Labrador, Canada.

2. The Defendant is a citizen duly incorporated under the laws of the State of Rhode Island.

3. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(c)(2).

4. The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Venue is appropriate pursuant to 28 U.S.C. § 1391(a).

**Facts**

6. During the period from approximately April 1, 2005 to the end of July, 2005 (the "Period"), Plaintiff sold and delivered various shipments of crab product to the Defendant for further sale by the Defendant.

7. The various shipments of crab product were delivered to the Defendant, at the request of the Defendant, in specified sizes, at the then current United States price for crab per pound. The arrangement between the Plaintiff and the Defendant was

straightforward and did not allow for any deductions or adjustments on the Defendant's part in respect of the agreed-on price for the crab product.

8. Defendant owes the Plaintiff a sum in excess of $115,000 (the "Outstanding Amount") for crab products sold and delivered to the Defendant during the Period.

9. Despite repeated requests by the Plaintiff for payment, Defendant has not paid the Outstanding Amount.

10. At various times, Defendant promised payment to the Plaintiff for the Outstanding Amount, but Defendant has failed or refused to do so.

11. In addition, Defendant returned certain crab products it ordered and purchased from Plaintiff and refused to pay for such products.

12. As a result of Defendant's refusal to pay the Outstanding Amount and return of certain crab products, Plaintiff has suffered further damages such as storage charges and had to sell the returned crab products at a lower price.

**First Cause of Action**
**(Breach of Contract)**

13. The information set forth in paragraphs 1-12 is realleged as if fully set forth herein.

14. Plaintiff and Defendant have a contractual relationship for the sale of crab products.

15. Defendant breached its contracts with Plaintiff when Defendant failed to pay for the crab product it purchased during the Period and returned certain crab products.

16. Plaintiff has sustained significant and substantial damages as a result of Defendant's breach of contract.

WHEREFORE, Plaintiff prays for judgment against Defendant for compensatory and consequential damages, interest, costs and attorneys' fees.

**Second Cause of Action**
**(Quantum Meruit—Unjust Enrichment)**

17. The information set forth in paragraphs 1-16 is realleged as if fully set forth herein.

18. Plaintiff has provided product to Defendant for which it has not been paid.

19. A benefit has been conferred on Defendant, for which it has not paid and by which it has been unjustly enriched at Plaintiff's expense.

WHEREFORE, Plaintiff prays for judgment against Defendant for compensatory and consequential damages, interest, costs and attorneys' fees.

**Third Cause of Action**
**(Book Account)**

20. The information set forth in paragraphs 1-19 is realleged as if fully set forth herein.

21. Defendant owes Plaintiff on account for its failure to pay Plaintiff the pay for the crab product it purchased.

22. Accordingly, Plaintiff is entitled to an award of compensatory damages against Defendant on account of the crab product it received and for which it has not paid.

WHEREFORE, Plaintiff prays for judgment against Defendant for compensatory, interest, costs and attorneys' fees.

Plaintiff demands from the Defendant the following:

1. Compensatory and consequential damages in excess of $115,000;

2. Prejudgment interest;

3. Costs;

4. Attorneys' fees; and

5. Such other relief as this Court may deem just and proper.

**PLAINTIFF REQUESTS A TRIAL BY JURY.**

PLAINTIFF AQUA FISHERIES LIMITED
By its attorney,

DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: July 7, 2006

*385631_1.doc*