UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AQUA FISHERIES LIMITED, | : | CA 06 306 ML |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-______ |
| GREAT NORTHERN PRODUCTS, LTD., | : | |
| Defendant. | : | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**PLAINTIFF AQUA FISHERIES LIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Aqua Fisheries Limited hereby states that there is no corporate parent or any publicly held corporation that owns 10% or more of its stock.

PLAINTIFF AQUA FISHERIES LIMITED
By its attorney,

David A. Wollin

DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: July 7, 2006

*385647_1.doc*