AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

AQUA FISHERIES LIMITED

V.

GREAT NORTHERN PRODUCTS, LTD.

SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 06 306 ML

TO: (Name and address of defendant)

Great Northern Products, Ltd.
c/o Andrew M. Gilstein, Esq.
Armstrong Gibbons & Gnys
155 South Main Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Wollin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza
Providence, RI 02903-1345

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

7-7-06

DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 7 July, 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* George R. Clark | TITLE Constable #6625 |

*Check one box below to indicate appropriate method of service*

FILED 2006 JUL 11 P 4:11 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Summons & Complaint was served on authorized agent for service namely Andrew M. Gilstein, Esq.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7 July, 2006
Date

[signature] #6625
*Signature of Server*

84 Weaver Rd, Johnston, R.I.
*Address of Server*

CV 06 306 ML

Cathy A Burn

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.