**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AQUA FISHERIES LIMITED**

**V.** **CA:06-306ML**

**GREAT NORTHERN PRODUCTS, INC.**

**ENTRY OF APPEARANCE**

Carl S. Levin hereby enters his appearance on behalf of Defendant Great Northern Products, Inc. regarding the above-entitled matter.

Defendant,
By its attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 facsimile
clevin@agglaw.com

**CERTIFICATION**

I hereby certify that on this 21st day of July 2006, I sent a copy of the within Entry of Appearance to David A. Wollin, Esq., Adler, Pollock & Sheehan, P.C., One Citizens Plaza, Providence, Rhode Island 02903.

Jennifer O'Brien