**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AQUA FISHERIES LIMITED**

**V.** **CA:06-306ML**

**GREAT NORTHERN PRODUCTS, INC.**

**STIPULATION ALLOWING DEFENDANT AN EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE COMPLAINT**

Now come counsel for plaintiff and defendant and enter into this stipulation allowing defendant an extension of time of twenty (20) days to August 16, 2006 to file an answer to the complaint.

Plaintiff,
By its attorneys,

David A. Wollin
David A. Wollin, Esq.(#4950)
Adler, Pollock & Sheehan, P.C.
One Citizens Plaza
Providence, Rhode Island 02903-1345
(401) 274-7200
(401) 351-4607 facsimile

Defendant,
By its attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 facsimile
clevin@agglaw.com

Enter:
Mary M. Lisi
USDJ 7/24/06.

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2006 I served a copy of the within by hand delivery/~~First-Class mail, postage pre~~paid, upon the following counsel of record:

Carl S Levin, Esq.
Armstrong, Gibbons & Gnys, LLP
155 South Main Street
Providence, RI 02903

Carole Vilandrie

*388296_1.doc*