UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AQUA FISHERIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>GREAT NORTHERN PRODUCTS, LTD.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-306 ML |

**PLAINTIFF AQUA FISHERIES LIMITED'S REPLY TO DEFENDANT GREAT NORTHERN PRODUCTS, LTD'S COUNTERCLAIM**

Plaintiff/Counterclaim Defendant Aqua Fisheries Limited ("Aqua"), by its counsel, hereby responds to Defendant/Counterclaim Plaintiff Great North Products, Ltd.'s ("Great Northern") Counterclaim as follows:

1. Admitted

2. Admitted.

3. Denied, except to admit that during the period from approximately April 1, 2005 to the end of July, 2005, Aqua sold and delivered various shipments of crab product to Great Northern for further sale by Great Northern.

4. Denied.

5. Denied.

6. Denied.

7. Admitted.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

WHEREFORE, Aqua demands judgment against Great North, together with attorneys' fees, costs and such other relief as the Court deems fair and just.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Great North's counterclaim fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Great North's counterclaim is barred by the Statute of Frauds.

### THIRD DEFENSE

Great North's losses and/or damages, if any, are the fault of third parties over whom Aqua had no authority or control.

### FOURTH DEFENSE

Great Northern engaged in a course of conduct contrary to its assertion that the parties agreed to the sale of crab product on a so-called "pro forma basis."

### FIFTH DEFENSE

Great North's counterclaim is barred by the doctrine of unjust enrichment, as Great Northern has been unjustly enriched through its receipt of product from Aqua for which it has failed to pay.

### SIXTH DEFENSE

Great North's counterclaim is barred by the equitable doctrine of quantum meruit.

**SEVENTH DEFENSE**

Great North's counterclaim is barred by the doctrine of unclean hands.

**EIGHTH DEFENSE**

Great North's counterclaim is barred by the equitable doctrines of waiver and estoppel.

**NINTH DEFENSE**

Aqua pleads the defense of accord and satisfaction to Great North's counterclaim.

**TENTH DEFENSE**

Aqua reserves the right to amend this reply to assert such further defenses of which it he may not be aware that may appear hereafter during discovery, trial or otherwise.

**AQUA REQUESTS A TRIAL BY JURY.**

PLAINTIFF AQUA FISHERIES LIMITED
Respectfully submitted,

*/s/ David A. Wollin*

David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Carl S. Levin, Esq.
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903

/s/ *David A. Wollin*

391419_1.doc