UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AQUA FISHERIES LIMITED, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-306 ML |
| GREAT NORTHERN PRODUCTS, LTD., | : | |
| Defendant. | : | |

**PLAINTIFF AQUA FISHERIES LIMITED'S**
**PRETRIAL CONFERENE STATMENT**

Plaintiff Aqua Fisheries, Ltd. ("Aqua Fisheries") is a company based in the Province of Newfoundland and Labrador, Canada. From approximately April 1, 2005 to the end of July, 2005, Aqua Fisheries sold various shipments of crab product to the Defendant Great Northern Products, Ltd. ("Great Northern") for further sale by Great Northern. The various shipments of crab product were delivered to Great Northern in specified sizes, at the then current United States price for crab per pound. The arrangement between Aqua Fisheries and Great Northern was straightforward and did not allow for any deductions or adjustments on Great Northern's part in respect of the agreed-on price for the crab product.

Great Northern received the crab, sold some of it and has refused to pay for a large bulk of it in an amount in excess of $115,000. Despite repeated requests by Aqua Fisheries for payment, Great Northern has refused to pay. In addition, Great Northern returned certain crab products it ordered and purchased from Aqua Fisheries and refused to pay for such products. As a result, Aqua Fisheries has suffered further damages such as storage charges and had to sell the returned crab products at a lower price.

Aqua Fisheries has brought a three-count complaint against Great Northern. The first count alleges breach of contract. The second count is for quantum meruit/unjust enrichment. The third count is a book account claim. Aqua Fisheries is seeking compensatory and consequential damages in excess of $115,000, prejudgment interest, costs and attorneys' fees.

Counsel for the parties have conferred and request a mandatory settlement conference with a Magistrate Judge.

Dated: October 17, 2006

PLAINTIFF AQUA FISHERIES LIMITED
Respectfully submitted,

*/s/ David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2006, I did send a true copy of the within document by electronic means (ECF) to the following:

Carl S. Levin, Esq.
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903

/s/ *David A. Wollin*

*396581_1.doc*