**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AQUA FISHERIES LIMITED**

**V.** **CA:06-306ML**

**GREAT NORTHERN PRODUCTS, INC.**

# DEFENDANT/COUNTERCLAIM PLAINTIFF GREAT NORTHERN PRODUCTS, INC.'S PRETRIAL CONFERENCE STATEMENT

Great Northern Products, Inc. ("Great Northern") is a seafood brokerage company. In May 2003, a representative of Aqua Fisheries, Inc. ("Aqua") made contact with Great Northern to discuss the sale of snow crab. Thereafter, discussions continued between the parties, during which Great Northern advised Aqua that it would only sell snow crab on a pro-forma basis, which is a term used in the seafood industry consistent with a consignment sale. Payment to Aqua would be based on the price obtained in the market minus costs, insurance and commissions.

In an e-mail dated February 28, 2005, Donny Graham on behalf of Aqua agreed to the sale of snow crab by Great Northern on a pro forma basis. This form of business relationship was confirmed during a meeting of representatives of the two companies at the 2005 International Boston Seafood Show; and by Donny Graham in an e-mail dated June 14, 2005.

Between March 3, 2005 and August 4, 2005, Aqua shipped snow crab to Great Northern, which in turn brokered the Aqua snow crab to various customers. Certain snow crab shipped by Aqua was below market quality, and Great Northern's customers complained about the quality of this snow crab, and rejected and returned certain cases of

the Aqua snow crab. Great Northern continued to advise Aqua of the problems encountered in selling its snow crab and that Great Northern was not going to assume the costs incurred as a result of the failure by Aqua to ship quality crab product. In a June 14, 2005 e-mail to Great Northern, Donny Graham on behalf of Aqua wrote "I understand the difficulty in selling last years crab" and "hope that [Great Northern] can turn this crab over shortly for whatever you can get for it" so that Aqua could obtain much needed funds.

Great Northern denies that it is indebted to Aqua. Furthermore, as a result of the losses sustained by Great Northern relating to misrepresentations of product quality by Aqua, Great Northern has filed a counterclaim against Aqua, seeking compensation for the costs incurred to sell the Aqua snow crab, which included insurance for accounts receivable; sale and resale charges, shipping and re-shipping charges, and storage and re-storage charges for approximately twenty rejected sales. Great Northern has suffered a loss of approximately $18,759.83, and in addition to this compensation, Great Northern is also seeking interest on this amount, plus costs and attorneys fees.

Great Northern agrees to participate in a mandatory settlement conference.

Great Northern Products, Inc.
By its attorneys,

/S/ Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 facsimile
clevin@agglaw.com

**CERTIFICATION**

I hereby certify that on this 17th day of October 2006, I sent a copy of the within Pretrial Conference Statement to David A. Wollin, Esq. via electronic filing.

/S/ Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 facsimile
clevin@agglaw.com