UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AQUA FISHERIES LIMITED, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-306 ML |
| GREAT NORTHERN PRODUCTS, LTD., | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Aqua Fisheries Limited and Defendant Great Northern Products, Ltd. hereby stipulate that the above-entitled action, including all claims and counterclaims, is hereby dismissed with prejudice, no interest, costs or attorneys' fees for any party.

Date: January 9, 2007

PLAINTIFF AQUA FISHERIES LIMITED

*/s/ David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

DEFENDANT GREAT NORTHERN PRODUCTS LTD.

*/s/ Carl S. Levin*________
Carl S. Levin, #3336
ARMSTRONG, GIBBONS & GNYS, LLP
155 South Main Street
Providence, RI 02903-1345
Tel: 401-751-1500, ext. 26
Fax: 401-751-4124

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

Carl S. Levin, Esq.
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903

/s/ *David A. Wollin*

*402624_1.doc*